IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL STEVENS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-CV-231 |
| | ) | |
| PA PAROLE BOARD, et al, | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on August 21, 2024. Petitioner brought the instant petition challenging the denial of his parole. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On April 27, 2026, Judge Lanzillo issued a Report and Recommendation recommending that the petition be dismissed as moot and a certificate of appealability be denied. ECF No. 12. No objections to the Report and Recommendation have been received.

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'" *EEOC v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) *quoting* 28 U.S.C. § 636(b)(1). Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—

1

the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

After *de novo* review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 17th day of June 2026;

IT IS ORDERED that the instant petition for writ of habeas corpus be dismissed as moot and a certificate of appealability be denied.

IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on April 27, 2026 [ECF No. 12] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge